818 F.2d 698
 Norman BURDITT, Matthew Haworth, George Betancourt, Billy
Joe Brannan, Jesse Brito, Dolphus Smith, Vernon
Engel, Raymond Stewart, Linzie Hallum,
and Paul Garibay, Plaintiffs-Appellees,
v.
WESTERN GROWERS PENSION PLAN, and Western Growers Pension
Trust Fund, Defendants-Appellants.
 No. 86-6170.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted May 7, 1987.
Decided June 2, 1987.
 
 Thomas Tosdal, San Diego, Cal., for plaintiffs-appellees.
 Harold H. Brown, Roy G. Weatherup, Thomas N. Charchut, and Amor A. Esteban, Santa Monica, Cal., for defendants-appellants.
 Appeal from the United States District Court for the Central District of California; A. Andrew Hauk, District Judge, Presiding.
 Before PREGERSON, NELSON and WIGGINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment for the appellees in this ERISA action for the reasons stated in the well-written opinion of the distinguished District Court Judge A. Andrew Hauk. Burditt v. Western Growers Pension Plan, 636 F.Supp. 1491 (C.D.Cal.1986). We award the appellees their attorney's fees as prevailing ERISA plan participants or beneficiaries. McConnell v. MEBA Medical & Benefits Plan, 759 F.2d 1401, 1406 (9th Cir.1985). Appellees shall file their bill of costs under 9th Cir.R. 14.
 
 
 2
 AFFIRMED.